UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                              :

UNITED STATES OF AMERICA        :

          - v. -          :

CHRISTOPHER A. SANTELLAN    :
MAIGUA,                      :

               Defendant.   :

- - - - - - - - - - - - - - - - x

**ORIGINAL**

**INDICTMENT**

15 Cr. _____ ( )

**15 CRIM 822**

## COUNT ONE

The Grand Jury charges:

1.   On or about October 1, 2015, in the Southern District of New York and elsewhere, CHRISTOPHER A. SANTELLAN MAIGUA, the defendant, unlawfully, willfully, and knowingly seized, confined, inveigled, decoyed, kidnapped, abducted, and carried away and held for ransom and reward and otherwise a person, and in so doing willfully transported said person in interstate commerce, to wit, SANTELLAN forced a former romantic partner ("Victim-1") into a van and drove Victim-1 against Victim-1's will from New York to Maryland.

(Title 18, United States Code, Section 1201(a)(1).)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 2015