ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
            :
UNITED STATES OF AMERICA  :
            :     **INFORMATION**
    - v. -     :
            :     S1 15 Cr. 822 (DLC)
CHRISTOPHER A. SANTELLAN  :
MAIGUA,         :
            :
        Defendant.  :
            :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: DEC 2 9 2015

<u>**COUNT ONE**</u>

The United States Attorney charges:

1.  On or about October 1, 2015, in the Southern District of New York and elsewhere, CHRISTOPHER A. SANTELLAN MAIGUA, the defendant, with the intent to injure, harass, and intimidate, and place under surveillance with the intent to injure, harass and intimidate another person, traveled in interstate commerce, and in the course of, and as a result of, such travel engaged in conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to such person, the immediate family of such person, and the intimate partner of such person, to wit, SANTELLAN traveled from Queens, New York to Prince George's County, Maryland with another person ("Victim-1"), during and as a result of which he threatened Victim-1, sent text messages threatening to harm Victim-1, and engaged in other conduct that caused, and was reasonably expected to cause, substantial emotional

distress to Victim-1, Victim-1's immediate family, and Victim-1's intimate partner.

(Title 18, United States Code, Section 2261A(1)(B).)

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CHRISTOPHER A. SANTELLAN MAIGUA,

Defendant.

### INFORMATION

15 Cr. 822 (DLC)

(18 U.S.C. § 2261A(1)(B).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

12/29/2015 Waiver of Indictment Filed.
Cote, U.S.D.J.